# EXHIBIT A

| IP Address | ISP | Date/Time (UTC) |
|---|---|---|
| 24.15.148.237 | Comcast Cable Communications | 2011-04-04 02:53:13 PM |
| 67.162.80.186 | Comcast Cable Communications | 2011-03-16 12:04:45 AM |
| 67.173.157.39 | Comcast Cable Communications | 2011-03-15 10:38:38 PM |
| 67.176.189.91 | Comcast Cable Communications | 2011-03-17 11:49:08 PM |
| 69.209.204.100 | AT&T Internet Services | 2011-04-01 03:36:54 AM |
| 71.23.152.23 | Clearwire US | 2011-03-17 07:42:41 AM |
| 75.132.208.82 | Charter Communications | 2011-04-27 05:23:54 AM |
| 75.34.208.20 | AT&T Internet Services | 2011-04-05 12:26:24 AM |
| 76.16.38.34 | Comcast Cable Communications | 2011-03-24 02:04:52 AM |
| 98.206.43.100 | Comcast Cable Communications | 2011-05-03 09:16:38 PM |
| 98.212.239.91 | Comcast Cable Communications | 2011-03-17 12:20:57 AM |
| 98.215.142.125 | Comcast Cable Communications | 2011-04-20 09:37:44 PM |
| 98.227.140.65 | Comcast Cable Communications | 2011-03-28 03:15:51 PM |
| 98.228.1.245 | Comcast Cable Communications | 2011-03-17 12:19:27 AM |