# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 2981 | **DATE** | 7/11/2011 |
| **CASE TITLE** | Hard Drive Productions, Inc vs. Does 1-14 | | |

**DOCKET ENTRY TEXT**

Motion to quash [11] is denied, but the court understands identifying information will be made available for Plaintiffs' attorneys' eyes only.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|